**KRALIK & JACOBS LLP**
Lois Moonitz Jacobs (SBN 106537)
e-mail: lois.jacobs@kralikjacobs.com
301 North Lake Avenue, Suite 202
Pasadena, California 91101
Tel.: 626 844-3505
Fax: 626 844-7643

Attorneys for Plaintiff
IndyMac Bank, F.S.B.

FILED
2008 MAY -6  A 11: 49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08 02328   RS

| | |
|---|---|
| INDYMAC BANK, F.S.B., a federally chartered savings bank, <br><br> Plaintiff, <br><br> vs. <br><br> LOC D. NGUYEN, an individual, LINH T. NGUYEN, an individual, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF INDYMAC BANK, F.S.B. |

Pursuant this Court's Civil Local Rule 3-16, the undersigned certifies on behalf of Plaintiff IndyMac Bank, F.S.B., that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

-1-

that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Names of Entities or Persons | Connection or Interest to Matter or Party |
|---|---|
| | |
| IndyMac Bank, F.S.B. | Plaintiff. |
| IndyMac Bancorp, Inc. | Publicly-traded holding company of IndyMac Bank, F.S.B. |
| Loc D. Nguyen | Defendant, owner and obligor under mortgage loan at issue. |
| Linh T. Nguyen | Defendant, co-owner and co-obligor of mortgage loan at issue. |
| ALG Capital, Inc. | Acted as mortgage broker in originating the mortgage loan at issue; may have an indirect interest in the subject matter in controversy or in the outcome of the action. |
| Transnation Title Insurance Co. | Title company and settlement/closing agent for the mortgage loan at issue; may have an indirect interest |

-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY
PLAINTIFF INDYMAC BANK, F.S.B.

| | |
|---|---|
| | in the subject matter in controversy or in the outcome of the action. |
| LandAmerica Financial Group, Inc. | Publicly-traded parent of Transnation Title Insurance Co.; may have an indirect interest in the subject matter in controversy or in the outcome of the action. |
| Virtual Escrow | Business entity whose form of organization is currently unknown. Acted as settlement agent for the mortgage loan at issue and may have an indirect interest in the subject matter in controversy or in the outcome of the action. |

Dated: May 5, 2008

Respectfully submitted,

**KRALIK & JACOBS LLP**

By [signature]
Lois Moonitz Jacobs
Attorneys for Plaintiff
IndyMac Bank, F.S.B.

-3-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF INDYMAC BANK, F.S.B.