**KRALIK & JACOBS LLP**
LOIS MOONITZ JACOBS (SBN 106537)
e-mail: lois.jacobs@kralikjacobs.com
301 North Lake Avenue, Suite 202
Pasadena, California 91101
Tel.: 626 844-3505
Fax:  626 844-7643

Attorneys for Plaintiff IndyMac Bank, F.S.B.,
and Federal Deposit Insurance Corporation, as
Conservator of IndyMac Federal Bank, FSB,
successor in interest to IndyMac Bank, F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDYMAC BANK, F.S.B., a federally chartered savings bank,<br><br>    Plaintiff,<br><br>  vs.<br><br>LOC D. NGUYEN, an individual, LINH T. NGUYEN, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: C08-02328 RS<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>CMC Date:       Sept. 3, 2008<br>New Date:       Oct. 22, 2008<br>Time:               2:30 p.m.<br>Courtroom:     4, 5th Floor, SJ |

Having considered the Request for Continuance filed by Plaintiff IndyMac Bank, F.S.B. ("IndyMac"), and good cause appearing therefor,

-1-

[PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that the Initial Case Management Conference in this action, currently set for September 3, 2008, is continued to October 22, 2008.

IT IS SO ORDERED.

Dated: _____

                                                      _____
                                                      The Honorable Richard Seeborg
                                                      United States Magistrate Judge

Presented by:

KRALIK & JACOBS LLP
Lois Moonitz Jacobs

By:    /s/ Lois Moonitz Jacobs
            Lois Moonitz Jacobs
    Attorneys for Plaintiff
    IndyMac Bank, F.S.B. and
    Federal Deposit Insurance
    Corporation, as Conservator of
    IndyMac Federal Bank, FSB, successor
    in interest to IndyMac Bank, F.S.B.

[PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE