1 **KRALIK & JACOBS LLP**
2 LOIS MOONITZ JACOBS (SBN 106537)
  e-mail: lois.jacobs@kralikjacobs.com
3 301 North Lake Avenue, Suite 202
4 Pasadena, California 91101
  Tel.: 626 844-3505
5 Fax: 626 844-7643
6
7 Attorneys for Plaintiff IndyMac Bank, F.S.B.,
  and Federal Deposit Insurance Corporation, as
8 Conservator of IndyMac Federal Bank, FSB,
9 successor in interest to IndyMac Bank, F.S.B.

10
11
                UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
14
| INDYMAC BANK, F.S.B., a federally chartered savings bank, | Case No.: C08-02328 RS |
|---|---|
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| LOC D. NGUYEN, an individual, LINH T. NGUYEN, an individual, and DOES 1 through 50, inclusive, | CMC Date: Sept. 3, 2008<br>Time: 2:30 p.m.<br>Courtroom: 4, 5th Floor, SJ |
| Defendants. | |

-1-

PROOF OF SERVICE

1  The undersigned declares:

3      I am above the age of eighteen years, and not a party to this action or
4  proceeding. My business address is 301 North Lake Avenue, Suite 202, Pasadena,
5  California, 91101. I am employed in the office of a member of the Bar of this
6  Court, at whose direction this service is made. On August 26, 2008, I served the
7  following documents:

9  1.    REQUEST FOR CONTINUANCE OF INITIAL CASE
10     MANAGEMENT CONFERENCE

11 2.    [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
12     CONFERENCE

14 by placing a true copy thereof in a sealed envelope, with postage thereon fully
15 prepaid, in the United States Mail at Pasadena, California, addressed as follows:

17 Lan D. Nguyen
18 Law Offices of Lan D. Nguyen
   6633 NE Sandy Blvd., Suite B
19 Portland, OR 97213

21     I declare under penalty of perjury that the foregoing was true and correct and
22 was executed by me this 26th day of August 2008 in Los Angeles County,
23 California.

                              *Larina Ross* (signature)
                               Larina M. Ross