**KRALIK & JACOBS LLP**
LOIS MOONITZ JACOBS (SBN 106537)
e-mail: lois.jacobs@kralikjacobs.com
301 North Lake Avenue, Suite 202
Pasadena, California 91101
Tel.: 626 844-3505
Fax: 626 844-7643

*E-FILED 8/26/08*

Attorneys for Plaintiff IndyMac Bank, F.S.B.,
and Federal Deposit Insurance Corporation, as
Conservator of IndyMac Federal Bank, FSB,
successor in interest to IndyMac Bank, F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDYMAC BANK, F.S.B., a federally chartered savings bank,<br><br>Plaintiff,<br><br>vs.<br><br>LOC D. NGUYEN, an individual, LINH T. NGUYEN, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C08-02328 RS<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>MODIFIED BY THE COURT<br><br>CMC Date:      Sept. 3, 2008<br>New Date:      Oct. 29, 2008<br>Time:          2:30 p.m.<br>Courtroom:     4, 5th Floor, SJ |

Having considered the Request for Continuance filed by Plaintiff IndyMac Bank, F.S.B. ("IndyMac"), and good cause appearing therefor,

-1-

[PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that the Initial Case Management Conference in this action, currently set for September 3, 2008, is continued to October 29, 2008. Plaintiff shall serve a copy of this order on defendants.

IT IS SO ORDERED.

Dated: 8/26/08 _____

_____
The Honorable Richard Seeborg
United States Magistrate Judge

Presented by:

KRALIK & JACOBS LLP
Lois Moonitz Jacobs

By:    /s/ Lois Moonitz Jacobs
        Lois Moonitz Jacobs
   Attorneys for Plaintiff
   IndyMac Bank, F.S.B. and
   Federal Deposit Insurance
   Corporation, as Conservator of
   IndyMac Federal Bank, FSB, successor
   in interest to IndyMac Bank, F.S.B.