**\*E-FILED 10/24/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDYMAC BANK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOC D. NGUYEN, et al.,<br><br>　　　　　Defendants.<br>_____ / | No. C 08-02328 RS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　The Case Management Conference in the above-entitled matter currently set for October 29, 2008 at 2:30 p.m. is continued to **January 28, 2009 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than January 21, 2009. The parties shall file a joint Case Management Conference Statement no later than January 21, 2009.

　　　Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated: October 24, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Lois Moonitz Jacobs    lois.jacobs@kralikjacobs.com

Dated: October 24, 2008

                                              /s/ BAK
                                           Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California